Francke Ericksen, Trading as Francke Ericksen and Company, Appellant, v. Charles H. Holden et al., Appellees.

Gen. No. 10,524.

George H. Morton, for appellant; Edgar J. Elliott and William L. Guild, for appellees. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed February 1, 1952; released for publication February 19, 1952.